UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ANDRE PACHECO,

                        Plaintiff,

        vs                                        9:09-CV-1419

M. ZURLO, Deputy Superintendent for Programs;
G. STANLEY, Inmate Grievance Supervisor; A.
BOUCAUD, Superintendent - All of Altona
Correctional Facility; and NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

ANDRE PACHECO
03-A-4873
Plaintiff, Pro Se
Altona Correctional facility
555 Devils Den Road
Altona, NY 12910

HON. ANDREW M. CUOMO                  AARON M. BALDWIN, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff, Andre Pacheco, commenced this civil rights action in December 2009,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated September 29, 2010, the

Honorable Randolph F. Treece, United States Magistrate Judge, recommended that based

on plaintiff's assent, defendant DOC's motion to dismiss (Docket No. 20) be granted and DOCS be dismissed from the action. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendant New York State Department of Correctional Services' motion to dismiss (Docket No. 20) is GRANTED;

2. Defendant New York State Department of Correctional Services is DISMISSED from the action; and

3. The action will continue under the Magistrate Judge's supervision for all further pretrial proceedings.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 22, 2010
       Utica, New York.